## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
## P.O. Box 16577
## Lake Charles LA 70616
## (337) 433-9403

NOT  DESIGNATED  FOR  PUBLICATION

Timothy Hugh Queen
In Proper Person DOC No. 509996
P. O. Box 2017
Lake Charles LA 70602

**REHEARING ACTION: April 13, 2011**

**Docket Number: 10   01348-CA**

**TIMOTHY HUGH QUEEN**
**VERSUS**
**H. GREGORY TETE, SENIOR WARDEN**

**Appealed from Calcasieu Parish Case No. 2010-49**

**BEFORE JUDGES:**

  **Hon. Billy Howard Ezell**
  **Hon. J. David Painter**
  **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Timothy Hugh Queen** has this day been

  **DENIED.**

cc: Robert C. McCorquodale, Counsel for the Appellee